IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:09-cv-00440-MOC-DSC

| | |
|---|---|
| METROPOLITAN GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIDIAN INDUSTRIES, INC., <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Case Status Report and Joint Motion for Extension of the Motions Deadline", filed December 15, 2011. For the reasons set forth in that Motion, it is hereby GRANTED.

**IT IS, THEREFORE, ORDERED** that the motions deadline is extended for thirty (30) days after mediation, or no later than March 9, 2012.

**SO ORDERED.**  Signed: December 15, 2011

_____
David S. Cayer
United States Magistrate Judge