Case Number: 3:09cv440

| | |
|---|---|
| Metropolitan Group, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **ORDER** |
| ) | |
| Meridian Industries, Inc. ) | |
| ) | |
| Defendant. ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 26th day of June, 2012.

Signed: June 27, 2012

Max O. Cogburn Jr.
United States District Judge