UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case Number: 3:09cv440

Metropolitan Group, Inc.                )
                                        )
        Plaintiff,                      )
Vs.                                     )        **ORDER**
                                        )
Meridian Industries, Inc.               )
                                        )
        Defendant.                      )

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 26th day of June, 2012.

Signed: June 27, 2012

Max O. Cogburn Jr.
United States District Judge